IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Erikon LLC, <br><br> Plaintiff, <br><br> v. <br><br> West Development LLC, et al, <br><br> Defendants. | **Civil. No. 21-cv-01335(GMM)** |

**JUDGMENT**

On May 25, 2023, Plaintiff filed a *Motion to Dismiss with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii)* (Docket No. 59). In accordance with the Order entered today (Docket No. 62), Judgment is entered DISMISSING this case WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of May 2023.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE